# IN THE U.S. DISTRICT COURT OF MARYLAND
## FOR DISTRICT OF MARYLAND

2017 DEC 19 PM 2:24

| | |
|---|---|
| Josh Cannon, et al | * |
| Plaintiffs | * |
| v. | *   Case No. 17-1889 RDB |
| Sunset Grille, LLC, et al. | * |
| Defendants | * |

## ORDER APPROVING FLSA SETTLEMENT

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Settlement ("Joint Motion"). After careful consideration and review of the Parties' Joint Motion and the Settlement Agreement And Full and Final Release of Claims ("Settlement Agreement"), it is hereby:

**ORDERED**, that the Settlement Agreement is **APPROVED** as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;

**ORDERED**, that the Parties' Joint Motion is **GRANTED**;

**ORDERED**, that the Parties shall comply with their respective obligations under the Settlement Agreement, including but not limited to, Defendants' obligation to timely make all payments as required under the Settlement Agreement;

**ORDERED**, Defendants shall remit all withholdings taken pursuant to this Settlement Agreement to proper taxing authorities, and issue to Plaintiffs IRS Forms W-2, 1099, and 1042-S evidencing remittance of those withholdings, as appropriate under the Settlement Agreement;

**ORDERED**, that the Court shall retain jurisdiction over this case until all payments to Plaintiffs are made pursuant to the Settlement Agreement;

**FURTHER ORDERED**, that Plaintiffs' counsel shall promptly advise the Court after all payment have been received by Plaintiffs, and shall file a Notice of Stipulated Dismissal, dismissing this Lawsuit with prejudice, and upon such time, all claims shall be DISMISSED with prejudice; and the Clerk of Court will CLOSE this case, subject only to the reopening of this case, pursuant to Local Rule 111, if any of the payments provided in the Settlement Agreement are returned as uncollectable for any reason whatsoever, including but not limited to, returned for insufficient funds.

**SO ORDERED.**

By the Court:

_____
Hon. Richard D. Bennett
U.S. District Court Judge

Date: DECEMBER 19, 2017

cc: All Counsel (via ECF)